IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH A. GIBBONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-1047-ALB |
| | ) | |
| DR. ELLIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On February 27, 2020, the Magistrate Judge entered a Recommendation (Doc. 21) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this day, April 14th, 2020.

                                             /s/ Andrew L. Brasher
                                  ANDREW L. BRASHER
                                  UNITED STATES DISTRICT JUDGE